Theodore B. Hennenlotter, as Trustee in Bankruptcy of Henry Greene

and Others, Appellants, v. HENRY SEINFEL and Others, Respondents.— Order granting motion to vacate judgments entered by default and permitting defendants to interpose an answer upon condition reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Defendants have no defense to plaintiffs' causes of action. Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.